# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN WILSON,<br><br>                    Plaintiff,<br><br>        v.<br><br>TORRES, *et al.*,<br><br>                    Defendants. | Case No.  1:20-cv-01430-BAM (PC)<br><br>ORDER STRIKING UNSIGNED COMPLAINT AND REQUIRING PLAINTIFF TO FILE A SIGNED COMPLAINT<br><br>(ECF No. 1)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Ian Wilson ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.  Plaintiff initiated this action on October 7, 2020, together with a motion to proceed *in forma pauperis*.[1]  (ECF Nos. 1, 2.)

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity and/or against an officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  In preparing to screen the complaint, the Court noted that Plaintiff's complaint lacks any signature.  Both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions and papers be signed by at least one attorney of record or by the party personally if the party is unrepresented.  Fed. R. Civ. P. 11(a); Local Rule 131(b).  As Plaintiff's complaint is unsigned, the Court must strike it from the record.  Plaintiff will be

---

[1] Plaintiff's motion to proceed *in forma pauperis* will be addressed by separate findings and recommendations.

1

permitted **thirty (30) days** to file a signed complaint that complies with Federal Rules of Civil Procedure and the Local Rules.

    Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's complaint, filed October 7, 2020, (ECF No. 1), is STRICKEN from the record for lack of signature;
2. The Clerk of the Court is directed to send to Plaintiff a civil rights complaint form;
3. Within **thirty (30) days** from the date of service of this order, Plaintiff SHALL file a signed complaint or a notice of voluntary dismissal; and
4. **<u>Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice</u>.**

IT IS SO ORDERED.

    Dated:   **October 7, 2020**         /s/ *Barbara A. McAuliffe*
                                                                      UNITED STATES MAGISTRATE JUDGE