# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN WILSON,<br><br>            Plaintiff,<br><br>    v.<br><br>TORRES, *et al.*,<br><br>            Defendants. | Case No.  1:20-cv-01430-DAD-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br>(ECF No. 2)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br>(ECF No. 7) |

Plaintiff Ian Wilson ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on October 7, 2020, together with a motion requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF Nos. 1, 2.)

On October 8, 2020, the undersigned issued findings and recommendations recommending that Plaintiff's application to proceed *in forma pauperis* be denied and that Plaintiff be required to pay the $400.00 filing fee in full to proceed with this action.  (ECF No. 7.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (Id. at 2.)

On November 24, 2020, rather than filing objections to the findings and recommendations, Plaintiff paid the $400.00 filing fee in full.  As the filing fee has been paid in

1

full, Plaintiff's motion to proceed *in forma pauperis* is now moot.  Plaintiff's complaint will be screened in due course.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 2), is DENIED as moot; and
2. The findings and recommendations to deny Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 7), are VACATED.

IT IS SO ORDERED.

Dated:   **November 30, 2020**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE