# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN WILSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TORRES, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:20-cv-01430-DAD-BAM (PC)<br><br>ORDER CONSTRUING PLAINTIFF'S OFFER OF JUDGMENT AS A MOTION FOR A SETTLEMENT<br>(ECF No. 28)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A SETTLEMENT<br>(ECF No. 28) |

　　　　Plaintiff Ian Wilson ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint for claims of deliberate indifference to serious medical needs in violation of the Eighth Amendment against Defendants Longia and Pagal for allegedly cancelling an approved surgery in October 2019, and against Defendant Toor for allegedly not providing medication to Plaintiff on August 15, 2019.

　　　　Currently before the Court is Plaintiff's "Offer of Judgment," filed October 29, 2021. (ECF No. 28.)  It appears to be filed pursuant to Federal Rule of Civil Procedure 68.  (*Id.*)

　　　　Rule 68 applies to offers made by defendants, not by plaintiffs.  Therefore, the Court will construe the filing as a motion for a settlement.  Though Defendants have not had an opportunity to file a response, the Court finds a response unnecessary.  The motion is deemed submitted.

1

1 Local Rule 230(l).

2    Plaintiff is advised that he should not file settlement offers with the Court. Plaintiff is free to communicate settlement offers directly to counsel for Defendants, without the involvement of the Court, and Defendants are free to accept or refuse such offers. If the parties wish to set a settlement conference with the Court at a later date, they may inform the Court that they wish to do so, without disclosing the amount of any settlement offer.

   Accordingly, IT IS HEREBY ORDERED as follows:

   1. Plaintiff's Offer of Judgment, (ECF No. 28), is CONSTRUED as a motion for a settlement;

   2. Plaintiff's motion for a settlement, (ECF No. 28), is DENIED.

IT IS SO ORDERED.

   Dated:   **November 1, 2021**          /s/ *Barbara A. McAuliffe*          
                                          UNITED STATES MAGISTRATE JUDGE