# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN WILSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TORRES, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:20-cv-01430-DAD-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DEADLINE TO FILE EXHAUSTION MOTION<br><br>(ECF No. 31)<br><br>**Dispositive Motion Deadline (Exhaustion): January 24, 2022** |

　　　　Plaintiff Ian Wilson ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants Longia and Pagal for allegedly cancelling an approved surgery in October 2019, and against Defendant Toor for allegedly not providing medication to Plaintiff on August 15, 2019.

　　　　The Court issued a discovery and scheduling order on August 25, 2021. (ECF No. 25.) That order set the deadline for filing motions for summary judgment for failure to exhaust administrative remedies for November 25, 2021. (*Id.*)

　　　　Currently before the Court is Defendants' motion to modify the discovery and scheduling order to extend the time for filing an exhaustion motion, filed May 21, 2021. (ECF No. 31.) Defense counsel declares that good cause exists to extend the deadline to file an exhaustion

1

motion by sixty days, to January 24, 2022, because counsel was assigned to this matter on November 1, 2021. Counsel is diligently investigating Plaintiff's claims and applicable defenses, including whether Plaintiff exhausted available administrative remedies prior to filing this action. Should such a defense be asserted, it may take several weeks to further investigate, obtain declarations from prison officials, and draft the motion. No other modifications of the Court's discovery and scheduling order are requested at this time. (*Id.*)

Plaintiff has not yet had an opportunity to file a response, but the Court finds a response is unnecessary. The motion is deemed submitted. Local Rule 230(l).

Having considered the request, the Court finds good cause to grant the requested extension of the exhaustion summary judgment motion deadline. Fed. R. Civ. P. 16(b)(4). The Court finds that Plaintiff will not be prejudiced by the extension granted here. No other deadlines are extended by this order.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motion to modify the discovery and scheduling order to extend the deadline to file an exhaustion motion, (ECF No. 31), is GRANTED; and
2. The deadline for filing motions for summary judgment for failure to exhaust administrative remedies is extended from November 25, 2021 to **January 24, 2022**.

IT IS SO ORDERED.

Dated:   **November 22, 2021**         /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE