1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    IAN WILSON,                              Case No.  1:20-cv-01430-KES-BAM (PC)

12                    Plaintiff,               ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS TO DISMISS
13            v.                               ACTION, WITHOUT PREJUDICE, FOR
                                               FAILURE TO PROSECUTE
14    TORRES, *et al.*,
                                               Doc. 49
15                    Defendants.

16

17           Plaintiff Ian Wilson ("Wilson") is a former state prisoner proceeding pro se in this civil

18    rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate

19    judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.  Wilson's operative first amended

20    complaint, filed on November 10, 2020, contends that defendants were deliberately indifferent to

21    his serious medical condition in violation of the Eighth Amendment.  Docs. 9, 15.

22           On March 14, 2024, this case was reassigned to District Judge Kirk E. Sherriff for all

23    further proceedings.  Doc. 46.  On March 27, 2024, the court's order reassigning the case was

24    returned as "Undeliverable, Return to Sender, Refused, Unable to Forward."  The Clerk of Court

25    then updated Wilson's address to 953 Los Palmas, Santa Clara, CA 95050, which Wilson had

26    listed as his return address on a motion he filed on July 5, 2023.  Doc. 48.  The order reassigning

27    the case was re-served at this new address of record, but it was similarly returned on April 5,

28    2024, as "Undeliverable, RTS, Attempted—Not Known, Unable to Forward."  *See* docket entry at

                                                  1

1  March 28, 2024.

2         Following Wilson's failure to update his address, the magistrate judge issued findings and

3  recommendations on June 18, 2024, to dismiss this action for failure to prosecute.  Doc. 49.

4  Those findings and recommendations were served on the parties and contained notice that any

5  objections thereto were to be filed within fourteen (14) days after service.  *Id.* at 3.  Wilson did

6  not file any objections, and the deadline to do so has expired.  The findings and recommendations

7  were returned on July 1, 2024, as "Undeliverable, RTS, No such street."

8         In accordance with 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of

9  the case.  Having carefully reviewed the file, the court adopts in full the magistrate judge's

10  findings and recommendations for failure to prosecute.

11        Accordingly, IT IS HEREBY ORDERED:

12  1.  The court ADOPTS IN FULL the findings and recommendations issued on June 18, 2024

13       (Doc. 49);

14  2.  This action is DISMISSED without prejudice;

15  3.  The pending motion for summary judgment (Doc. 33) is DENIED as moot; and

16  4.  The Clerk of Court is directed to close this case.

17

18

19  IT IS SO ORDERED.

20    Dated:    August 27, 2024

21                                                    UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

2